**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Michael McGuire, Appellant,

v.

Janet McGuire, Respondent.

Appellate Case No. 2012-212500

---

Appeal From York County
Jack A. Landis, Family Court Judge

---

Unpublished Opinion No. 2013-UP-468
Submitted November 1, 2013 – Filed December 18, 2013

---

**AFFIRMED**

---

J. Darrell Beckham, of Law Office of J. Darrell
Beckham, LLC, of Prosperity, for Appellant.

Michael Langford Brown, Jr., of Rock Hill, for
Respondent.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Doe v. Doe*, 370 S.C. 206, 212, 634 S.E.2d 51, 54 (Ct. App. 2006) ("To preserve an issue for appellate review, the issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the [family]

court."); *id.* ("Error preservation requirements are intended 'to enable the lower court to rule properly after it has considered all relevant facts, law, and arguments.'" (quoting *Staubes v. City of Folly Beach*, 339 S.C. 406, 412, 529 S.E.2d 543, 546 (2000))); *id.* ("Without an initial ruling by the [family] court, a reviewing court simply is not able to evaluate whether the [family] court committed error."); *id.* at 212, 634 S.E.2d at 54-55 ("Therefore, when an appellant neither raises an issue at trial nor through a Rule 59(e), SCRCP, motion, the issue is not preserved for appellate review."); *Great Games, Inc. v. S.C. Dep't of Rev.*, 339 S.C. 79, 85, 529 S.E.2d 6, 9 (2000) (holding a constitutional challenge was not preserved for appellate review when it was not ruled upon by the trial court and that omission was not raised in a motion for reconsideration).

**AFFIRMED.**[1]

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.